486

COMMONWEALTH of Pennsylvania,
Respondent,

v.

Jonathan ALLEN, Petitioner.

No. 26 EM 2009.

Supreme Court of Pennsylvania.

May 21, 2009.

### ORDER

PER CURIAM.

**AND NOW,** this 21st day of May, 2009, the "Petition for Extension of Time to File Allowance of Appeal" and the "Application for Relief 123, Pursuant to Pa.R.Crim.P. Rule 122(c)(3); Motion for Appointment of Counsel for Allowance of Appeal to Your Honorable Supreme Court of Pennsylvania; as of Right Pursuant to *Com. v. Liebel,* 573 Pa. 375, 825 A.2d 630, 635 (2003)" are hereby denied.

Catherine PISHNICK and Charles
T. Pishnick, h/w, Petitioners

v.

Douglas Walter LASKE, M.D., and Temple University Hospital, Inc., Terrance S. Chilson, M.D., and St. Luke's Health Services, Inc., Individually and d/b/a Medical Associates of the Pocono Mountains and Michael H. Schuman, M.D., Respondents.

Catherine Pishnick and Charles T.
Pishnick, h/w, Petitioners

v.

Medical Associates of Monroe County,
P.C., Respondent.

Catherine Pishnick and Charles T.
Pishnick, h/w, Petitioners

v.

Douglas Walter Laske, M.D., and Temple University Hospital, Inc., Terrance S. Chilson, M.D., and St. Luke's Health Services, Inc., Individually and d/b/a Medical Associates of the Pocono Mountains and Michael H. Schuman, M.D., Respondents.

Supreme Court of Pennsylvania.

May 21, 2009.

### ORDER

PER CURIAM.

**AND NOW,** this 21st day of May, 2009, the Petition for Allowance of Appeal and Petition for Allowance to File Addendum

to Petition for Allowance of Appeal are **DENIED.**

■

**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Robert COOK, Petitioner.**

**No. 38 EM 2009.**

Supreme Court of Pennsylvania.

May 21, 2009.

***ORDER***

PER CURIAM.

**AND NOW,** this 21st day of May, 2009, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **GRANTED.** Counsel is directed to file a Petition for Allowance of Appeal within 30 days of this order.

■

Senator Vincent J. FUMO, Representative Michael H. O'Brien, Senator Michael J. Stack, Representative John J. Taylor, Representative Michael P. McGeehan, and Representative Robert C. Donatucci, Appellants,

v.

The CITY OF PHILADELPHIA, Appellee.

HSP Gaming, L.P., Appellee–Intervenor.

City Council of the City of Philadelphia, Councilmember Frank DiCicco, Appellants,

v.

City of Philadelphia, Stephanie W. Naidoff, Appellees.

HSP Gaming, L.P., Appellee–Intervenor.

Supreme Court of Pennsylvania.

Argued April 15, 2008.

Decided June 15, 2009.